**Form 3015-1 - Chapter 13 Plan**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**CHAPTER 13 PLAN - MODIFIED**

In re:
**Gregg L Carlson**
**Sherilyn K Carlson**

Dated:   July 11, 2013

DEBTOR            Case No. **13-32556**

*In a joint case,*
*debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE —**
   a. As of the date of this plan, the debtor has paid the trustee $ **0.00** .
   b. After the date of this plan, the debtor will pay the trustee $ **550.00 *** per **Month** for **60** months, beginning within 30 days after the order for relief for a total of $ **34,450.00** . The minimum plan payment length is __ 36 or **X** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee __
   d. The debtor will pay the trustee a total of $ **34,450.00** [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **3,445.00** , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

   | *Creditor* | | *Monthly Payment* | *Number of Months* | | *Total Payments* |
   |---|---|---|---|---|---|
   | -NONE- | $ | | | $ | |
   | **a.** TOTAL | | | | $ | 0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

   | *Creditor* | *Description of Property* |
   |---|---|
   | -NONE- | |

5. **CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

   | *Creditor* | *Description of Property* |
   |---|---|
   | -NONE- | |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

   | *Creditor* | Amount of Default | | Monthly Payment | Beginning in Month # | Number of Payments | | TOTAL PAYMENTS |
   |---|---|---|---|---|---|---|---|
   | **a.** VERICREST FINANCIAL INC | $ 5,466.00 | $ | 176.32 | 13 | 31 | $ | 5,466.00 |
   | **b.** TOTAL | | | | | | $ | 5,466.00 |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

   | *Creditor* | Amount of Default | Int. rate (if applicable) | | Monthly Payment | Beginning in Month # | Number of Payments | | TOTAL PAYMENTS |
   |---|---|---|---|---|---|---|---|---|
   | -NONE- | $ | | $ | | | | $ | |
   | **a.** TOTAL | | | | | | | $ | 0.00 |

8.  **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| | Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) | x | (No. of Pmnts) | = | Pmnts on Account of Claim | + | (Adq. Prot. from ¶ 3) | = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | AMERICAN INVESTORS BANK | $ 20,000.00 | $ 20,000.00 | 0 | 1 | $ 333.33 | | 60 | | $ 20,000.00 | | $ 0.00 | | $ 20,000.00 |
| b. | TOTAL | | | | | | | | | | | | | $ 20,000.00 |

9.  **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | **Attorney Fees** | $ 2,281.00 | $ 175.46 | 1 | 13 | $ 2,281.00 |
| b. | **INTERNAL REVENUE SVC** | $ 0.00 | $ 0.00 | 60 | 0 | $ 0.00 |
| c. | **MN DEPT OF REVENUE** | $ 0.00 | $ 0.00 | 60 | 0 | $ 0.00 |
| d. | TOTAL | | | | | $ 2,281.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:   **-NONE-**
    The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

| | Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | $ |
| a. | TOTAL | | | | | | $ 0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **3,258.00**   [line 1(d) minus lines 2, 6(b), 7(a), 8(a), 9(d) and 10(a)].

    a.  The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00** .

    b.  The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **23,047.00** .

    c.  Total estimated unsecured claims are $ **23,047.00**   [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under  ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS**  —
    **\*The plan is a step plan which will pay as follows:  $550.00 Monthly for 2 months, then $575.00 Monthly for 58 months**

    **The debtors shall send the trustee each year during the chapter 13 Plan a copy of the federal and state income tax returns at the time they are filed.  The debtors will promptly report to the trustee the receipt of any state and federal tax refunds for the duration of the chapter 13 case and shall be entitled to retain the first $2,000 plus any earned income credit (EIC).  Any remaining balance shall be turned over to the trustee as additional plan payments.**

14. **SUMMARY OF PAYMENTS**  —

| | |
|---|---|
| Trustee's Fee [Line 2] | $ **3,445.00** |
| Home Mortgage Defaults [Line 6(b)] | $ **5,466.00** |
| Claims in Default [Line 7(a)] | $ **0.00** |
| Other Secured Claims [Line 8(b)] | $ **20,000.00** |
| Priority Claims [Line 9(d)] | $ **2,281.00** |
| Separate Classes [Line 10(a)] | $ **0.00** |
| Unsecured Creditors [Line 11] | $ **3,258.00** |
| **TOTAL [must equal Line 1(d)]** | $ **34,450.00** |

Case 13-32556    Doc 12    Filed 07/11/13    Entered 07/11/13 12:57:29    Desc Main
                     Document      Page 3 of 10

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
**Richard J. Pearson 130308**
**Prescott & Pearson, P.A.**
**Po Box 120088**
**New Brighton, MN 55112-0088**
**(651) 633-2757**
**130308**

Signed  **/s/ Gregg L Carlson**
     **Gregg L Carlson**
     DEBTOR

Signed  **/s/ Sherilyn K Carlson**
     **Sherilyn K Carlson**
     DEBTOR (if joint case)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:
GREGG L CARLSON                                                BKY No. 13-32556
SHERILYN K CARLSON                                             Chapter 13
         Debtor(s)

## NOTICE OF HEARING TO APPROVE MODIFIED PLAN

TO: The debtor(s); US Trustee;  Chapter 13 Trustee; and creditors and parties in interest.

1. The debtor(s), by the undersigned attorney, moves the court for approval of the modified plan dated July 11, 2013.

2. The court will hold a hearing on this motion at 10:30 a.m. on July 25, 2013 in Courtroom No. 2A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

3. Any objection to this modified  plan must be filed and served by delivery not later than July 19, 2013 which is 5 days before the time set for the hearing including Saturdays, Sundays and holidays. UNLESS AN OBJECTION TO THE PLAN IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. Sec 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  The petition commencing this Chapter 13 case was filed May 23, 2013.  This case is now pending in this court.

5. The plan is being modified to provide for payment of $20,000.00 to American Investors Bank of settlement of its secured claim on the debtors' homestead.

Dated:  July 11, 2013

**Prescott & Pearson, P.A.**

/s/ Richard J. Pearson

Richard J. Pearson     #130308
Attorneys for Debtor
443 Old Highway Eight  #208
New Brighton, MN  55112-008
Telephone:  (651)  633-2757

## VERIFICATION

      Gregg L. Carlson and Sherilyn K. Carlson, the Debtor(s) named in the Motion, declare under penalty of perjury that the information therein contained is correct to the best of our knowledge, information and belief.

Dated:    JULY 11, 2103

Signed: _____
             Gregg L. Carlson, Debtor

Signed: _____
             Sherilyn K. Carlson, Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:
GREGG L CARLSON                                                BKY No. 13-32556
SHERILYN K CARLSON                                             Chapter 13

                Debtor(s)        **UNSWORN DECLARATION
                                 OF SERVICE**

Lindy Voss, an employee at Prescott & Pearson, P.A., a law firm licensed to practice law in this court, with offices at 443 Old Highway 8 Northwest, New Brighton, Minnesota 55112, declares under penalty of perjury that on July 11, 2013, I served the annexed  NOTICE OF HEARING TO APPROVE MODIFIED PLAN and MODIFIED CHAPTER 13 PLAN to each entity named below at the address stated for each entities:

SEE ATTACHED LIST

and delivered to each entity below by way of electronic transmission by the United States Bankruptcy Court:

US Trustee
Jasmine Z. Keller, Chapter 13 Trustee


Executed on:    July 11, 2013

                                                                             /s/ Lindy Voss

                                                                             Lindy Voss

```
ALLINA HEALTH
2925 CHICAGO AVE
MINNEAPOLIS MN 55407-1321



AMERICAN INVESTORS BANK
6385 OLD SHADY OAK RD
SUITE 110
EDEN PRAIRIE MN 55344



DISCOVER BANK
COLLECTIONS DEPT
PO BOX 3025
NEW ALBANY OH 43054-3025



GREGG AND SHERILYN CARLSON
6035 SUMMIT COURT
COTTAGE GROVE MN 55016-4491



INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA PA 19101-7346



JC PENNEY GEMB
PO BOX 960090
ORLANDO FL 32896-0090



JP MORGAN CHASE BANK N.A.
PO BOX 78420
PHOENIX AZ 55344



KOHLS CAPONE
PO BOX 3004
MILWAUKEE WI 53201-3004



MACYS
PO BOX 689195
DES MOINES IA 50368-9195
```

```
MENARDS CAPONE
DEPT 7680
CAROL STREAM IL 60116-7680



MN DEPT OF REVENUE
551 BKY SECTION CEU DEPT
PO BOX 64447
ST PAUL MN 55164



PORTFOLIO RECOVERY
PO BOX 12914
NORFOLK VA 23541



PORTFOLIO RECOVERY
PO BOX 12914
NORFOLK VA 23541



PORTFOLIO RECOVERY ASSOC LLC
PO BOX 41067
NORFOLK VA 23541-1067



QUANTUM GROUP LLC
MOMA FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788



SEARS CITI MASTERCARD
BANKRUPTCY RECOVERY
PO BOX 20363
KANSAS CITY MO 64195



ST PAUL FCU IBEW VISA
PO BOX 4519
CAROL STREAM IL 60197-4519



TARGET NATL BANK VISA
PO BOX 660170
DALLAS TX 75266-0170
```

```
VERICREST FINANCIAL INC
PO BOX 24610
OKLAHOMA CITY OK 73124-0610


WALMART GEMB
PO BOX 530927
ATLANTA GA 30353-0927


WELLS FARGO BANK
PO BOX 10438
DES MOINES IA 50306


WELLS FARGO CARD SERVICES
1 HOME CAMPUS
3RD FLOOR
DES MOINES IA 50328-0001


WELLS FARGO VISA
PO BOX 6412
CAROL STREAM IL 60197-6412
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Gregg L Carlson**
**Sherilyn K Carlson**
Debtor(s).

**SIGNATURE DECLARATION**

Case No. **13-32556**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: **JULY 11, 2013**

X _____
Signature of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

**Gregg L Carlson**
Printed Name of Debtor or Authorized Representative

**Sherilyn K Carlson**
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)